IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**CHRISTOPHER J. DEMEO,**  :
      **Plaintiff,**  :
        :  CIVIL ACTION
**v.**  :
        :
**THE VANGUARD GROUP, INC.,**  :  NO. 13-122
*d/b/a* **VANGUARD**,  :
      **Defendant.**  :
_____:

## ORDER

**AND NOW**, this 21st day of January 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14) and Plaintiff's response thereto, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** as follows:

    1.    With respect to Count I of the Complaint (harassment in violation of the Americans with Disabilities Act, "ADA"), the Motion is **DENIED**;

    2.    With respect to Count II of the Complaint (relation in violation of the ADA), the Motion is **GRANTED**;

    3.    With respect to Count III of the Complaint (violation of the Pennsylvania Human Relations Act), the Motion is **GRANTED** with respect to alleged retaliation and **DENIED** with respect to alleged harassment;

    4.    With respect to Count IV of the Complaint (violation of the Family and Medical Leave Act), the Motion is **DENIED**.

    **IT IS SO ORDERED**.

                                        **BY THE COURT:**

                                        /s/ Cynthia M. Rufe

                                        _____
                                        **CYNTHIA M. RUFE, J.**